UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-22809-ALTMAN/Reid

**MERCEDES BENITEZ** *et al.*,

   *Plaintiffs*,

v.

**CHI-ADA CORPORATION** *et al.*,

   *Defendants*.
_____/

## ORDER

On October 2, 2023, we held a status conference in this case. *See* Paperless Minute Entry for Proceedings Held on October 2, 2023 [ECF No. 13]. For the reasons stated on the record at that hearing, we hereby **ORDER AND ADJUDGE** as follows:

1. The Clerk of Court is directed to **CLOSE** this case for administrative purposes only.

2. By **November 1, 2023**, the parties shall have engaged in a settlement conference and, also by that same date, shall either: (1) notify us whether they've settled this case (either in whole or in part) by filing a notice of compliance on the docket; or (2) move to reopen the case.

3. All deadlines, except for those specified above, are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on October 2, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record